# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

**CATARINO GONZALES, JR.**

(Defendant's Name)

**CORRECTED: \*\*\*DENOTES CHANGE JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **1:04CR05076-01 OWW**

JAMES HOMOLA

Defendant's Attorney

## THE DEFENDANT:

[✔]    admitted guilt to violation of charge(s) ONE  as alleged in the violation petition filed on June 16, 2005 .

[ ]    was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| ONE | NEW LAW VIOLATION | 05/31/2005 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 10/6/1988 District of Nebraska (CR F 88-L-06)

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    Charge(s) ___ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 31, 2006

Date of Imposition of Sentence

/s/ OLIVER W. WANGER

Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge

Name & Title of Judicial Officer

August  4, 2006

Date

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

CASE NUMBER:       1:04CR05076-01 OWW                                    Judgment - Page 2  of  2
DEFENDANT:         CATARINO GONZALES, JR.

# IMPRISONMENT

        The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of 2 YEARS .

*****To run concurrent with Madera Superior Court Case MCR021859.

 Credit for time served-2 years; NO SUPERVISION TO FOLLOW .


[ ]        The court makes the following recommendations to the Bureau of Prisons:


[ ]        The defendant is remanded to the custody of the United States Marshal.


[ ]        The defendant shall surrender to the United States Marshal for this district.
           [ ] at ___ on ___.
           [ ] as notified by the United States Marshal.


[ ]        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
           [ ] before _ on ___.
           [ ] as notified by the United States Marshal.
           [ ] as notified by the Probation or Pretrial Services Officer.
           If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____ to  _____

at _____ , with a certified copy of this judgment.


                                                       _____
                                                       UNITED STATES MARSHAL


                                                By     _____
                                                       Deputy U.S.  Marshal